UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESERV PARTNERS, INC., BRUCE BENT SR. and BRUCE BENT II,<br><br>        Defendants,<br>  and<br><br>THE RESERVE PRIMARY FUND,<br><br>        Relief Defendant. | Civil Action No. 1:09-cv-04346-PGG |

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Reserve Management Company, Inc. and Reserv Partners, Inc., by their undersigned counsel, respectfully submit the following disclosure statement:

Neither Reserve Management Company, Inc. nor Reserv Partners, Inc. has a parent corporation. As of May 13, 2009 no there is no publicly held corporation that owns 10% or more of their stock.

Respectfully submitted,

/s/ Lori A. Martin
Lori A. Martin (LM 7125)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
lori.martin@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    v.

RESERVE MANAGEMENT COMPANY, INC.,
RESERV PARTNERS, INC., BRUCE BENT SR.
and BRUCE BENT II,

          Defendants,
  and

THE RESERVE PRIMARY FUND,

          Relief Defendant.

Civil Action No. 1:09-cv-04346-PGG

## CERTIFICATE OF SERVICE

Lori A. Martin, being of full age, hereby declares as follows:

On May 13, 2009, I served a copy of the Rule 7.1 Statement, by electronic mail and U.S. Mail, on the following party at the following address:

Tariq Mundiya
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
tmundiya@willkie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2009

                                                /s/ Lori A. Martin
                                                Lori A. Martin (LM 7125)