IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR. and BRUCE BENT II, | No. 09 Civ. 4346 (PGG) |
| Defendants, | **RULE 7.1 STATEMENT** |
| and | |
| THE RESERVE PRIMARY FUND, | |
| Relief Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, non-party claimant Lazard Frères & Co. LLC states that it is a wholly-owned subsidiary of Lazard Group LLC, which is owned by Lazard Ltd., a publicly held company.

Dated: July 28, 2009

                              CRAVATH, SWAINE & MOORE LLP,

    by

                            /s/ Antony L. Ryan
                            Thomas G. Rafferty
                            Antony L. Ryan

                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              (212) 474-1000

*Attorneys for Non-Party Claimant*
*Lazard Frères & Co. LLC*