UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────x

SECURITIES EXCHANGE COMMISSION,

        Plaintiff,

v.

RESERVE MANAGEMENT COMPANY, INC.,
RESRV PARTNERS, INC., BRUCE BENT SR.,
and BRUCE BENT II,

        Defendants,
and

THE RESERVE PRIMARY FUND,

        Relief Defendant.

─────────────────────────────────x

No. 09-CV-4346 (PGG) (AJP)

ECF Case

ORAL ARGUMENT REQUESTED

## RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR. AND BRUCE BENT II'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II will move this Court, before the Honorable Paul G. Gardephe, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: June 11, 2009

Respectfully submitted,

s/ Lori A. Martin
Robert B. McCaw
Lori A. Martin
Christopher J. Meade
Anne K. Small
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888
lori.martin@wilmerhale.com

*Counsel for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II*