USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/5/09

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiff,

         v.

RESERVE MANAGEMENT COMPANY, INC.,
RESRV PARTNERS, INC., BRUCE BENT SR.
and BRUCE BENT II,

                     Defendants,
    and

THE RESERVE PRIMARY FUND,

                 Relief Defendant.
-----------------------------------------------------------------x

09 Civ. 4346 (PGG)

ECF CASE

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

        On September 23, 2009, this Court ordered that the Securities and Exchange Commission file a list of three individuals it recommends for appointment as Monitor, in the event that the Commission's Proposed Plan of Distribution is approved.

        It is hereby ORDERED that there will be a telephone conference in this matter on Thursday, October 8 at 3:30 PM to discuss the Commission's recommendations with the parties to this action. In particular, this Court is interested in discussion of the candidates' potential conflicts of interest, as well as the merits of selecting both an attorney and a forensic accountant to work together in the Monitor role.

Dated: New York, New York
       October 5, 2009

                                  SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge