UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-v-

RESERVE MANAGEMENT COMPANY, INC., RESERVE PARTNERS, INC., BRUCE BENT, SR. AND BRUCE BENT II,

    Defendants,

and

THE RESERVE PRIMARY FUND,

    Relief Defendant.

---

No. 09 Civ. 4346 (PGG)

ECF Case

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher J. Clark of the law firm of Dewey & LeBoeuf LLP hereby enters his appearance in this action as counsel of record on behalf of defendants Reserve Management Company, Inc., Bruce Bent, Sr., and Bruce Bent II, and requests that all papers be served upon him at the address below.

Dated: November 5, 2009          DEWEY & LEBOEUF LLP

By: _____
    Christopher J. Clark
    Bar Roll No. CC9474
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, New York 10019
    (212) 259-8000

    *Attorneys for Defendants Reserve Management Company, Inc., Bruce Bent, Sr., and Bruce Bent II*