UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    -v-

RESERVE MANAGEMENT COMPANY,
INC., RESRV PARTNERS, INC., BRUCE
BENT, SR. AND BRUCE BENT II,

          Defendants,

    and

THE RESERVE PRIMARY FUND,

          Relief Defendant.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

No. 09 Civ. 4346 (PGG)

ECF Case

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

      Upon the motion of G. Richard Dodge, Jr., attorney for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent, Sr. and Bruce Bent II, and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stephen A. Best |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 1101 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20005 |
| Phone Number: | (202) 346-8000 |
| E-Mail: | sbest@dl.com |

2

is admitted to practice pro hac vice as counsel for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent, Sr. and Bruce Bent II in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Nov. 16, 2009
New York, New York

_____
United States District/~~Magistrate~~ Judge