UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 5/5/10

| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, <br><br> Defendants, <br><br> and <br><br> THE RESERVE PRIMARY FUND, <br><br> Relief Defendant. | ECF CASE <br><br> 09 Civ. 4346 (PGG) <br><br> **ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

A conference in the above-captioned action is scheduled for Wednesday, May 12, 2010 at 10:30 a.m. in order to discuss the ongoing settlement negotiations between the parties. This Court expects that the parties will also be prepared to address the issues arising from the Bank of China New York Branch's objection to the imposition of the straddler offset such that it received – in its view – less than the pro rata distribution made to other Primary Fund investors. To that end, counsel for the Bank of China is expected to attend the May 12, 2010 conference.

Dated: New York, New York
       May 5, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge