## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | No. 09 Civ. 4346 (PGG)<br><br>ECF Case<br><br>**NOTICE OF MOTION** |

## NOTICE OF MOTION OF RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., AND BRUCE BENT II TO STAY DISCOVERY

TO:   THE COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this Motion, that Reserve Management Company, Inc. ("RMCI"), Resrv Partners, Inc., Bruce R. Bent, Sr. and Bruce R. Bent II (collectively, "Defendants") will move this Court before the Honorable Paul G. Gardephe at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 for an order

granting Defendants' Motion to Stay Discovery and Order of the same date.

Dated:  August 11, 2010
       New York, New York

Respectfully submitted,

**DEWEY & LEBOEUF LLP**

By:   s/  Stephen A. Best
      Stephen A. Best (*pro hac vice*)
      1101 New York Avenue, NW
      Washington, D.C. 20005
      Telephone: (202) 346-8000
      Facsimile: (202) 346-8102
      sbest@dl.com

      Christopher J. Clark
      Kevin C. Wallace
      1301 Avenue of the Americas
      New York, New York 10019
      Telephone: (212) 259-8000
      Facsimile: (212) 259-6333
      cjclark@dl.com
      kwallace@dl.com

      *Attorneys for Defendants*