USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/10

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | **ECF CASE**<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

By letter dated August 20, 2010, the Independent Trustees of the Reserve Primary Fund notified this Court that the Amended Comprehensive Fee Investment Management Agreement between the Fund and Defendant Reserve Management Company, Inc. ("RMCI") is scheduled to expire at the end of September 2010. The Independent Trustees request that this Court hold a conference to address the expiration of the Management Agreement and RMCI's ongoing role in managing what remains of the Primary Fund. By letter dated August 23, 2010, the Commission joins in this request.

Accordingly, it is hereby ORDERED that this Court will hold a conference to address these issues at **10:00 a.m.** on **Friday, September 10, 2010** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

It is further ORDERED that the conference previously scheduled to be held on Monday, September 20, 2010 is adjourned.

Dated: New York, New York
       August 24, 2010

SO ORDERED.

*[signature]*
Paul G. Gardephe
United States District Judge