SECURITIES AND EXCHANGE COMMISSION
3 World Financial Center
New York, New York 10281
(212) 336-1023 (Brown)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
               Plaintiff,          :
                                     :
   v.                              :      No. 09 Civ. 4346 (PGG)
                                     :
RESERVE MANAGEMENT COMPANY, INC.,    :      ECF CASE
RESRV PARTNERS, INC., BRUCE BENT SR. :
and BRUCE BENT II,                   :
                                     :
               Defendants,         :
   and                             :
                                     :
THE RESERVE PRIMARY FUND,            :
                                     :
               Relief Defendant.   :
------------------------------------------------------------------------x

**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANTS RESERVE MANAGEMENT COMPANY, INC.,
RESRV PARTNERS, INC., BRUCE BENT SR. AND BRUCE BENT II**

     PLEASE TAKE NOTICE, that on the basis of the accompanying Memorandum of Law, Plaintiff's Rule 56.1 Statement of Undisputed Facts, the Declaration of Michael D. Birnbaum, executed May 13, 2011, and the exhibits thereto, and all prior proceedings in this action, Plaintiff Securities and Exchange Commission (the "Commission") will move this Court before the Honorable Paul G. Gardephe, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, for an order granting Plaintiff partial summary judgment against Defendants Reserve Management Co., Inc., Resrv Partners Inc., Bruce Bent

Sr., and Bruce Bent II, pursuant to Rule 56 of the Federal Rules of Civil Procedure, together with such additional relief as the Court may deem appropriate and just.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's endorsed Order of April 25, 2011, responsive papers, if any, should be served by June 13, 2011.

Dated: New York, New York
       May 13, 2011

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By: _____
Nancy A. Brown
Valerie A. Szczepanik
Michael D. Birnbaum
Michael P. Holland

3 World Financial Center
New York, New York 10281
(212) 336-1023

Attorneys for Plaintiff