| | |
|---|---|
| **From:** | Bruce Bent II |
| **Sent:** | Monday, September 15, 2008 5:19 PM (GMT) |
| **To:** | John Drahzal; Eric Lansky |
| **Cc:** | Catherine Crowley; Bruce Bent; Arthur Bent |
| **Subject:** | Protecting NAV on Primary |

We (Reserve Management Company Inc.) intend to protect the NAV on the Primary fund to whatever degree is required. We have spoken with the SEC and are waiting fro their final approval which we expect to have in a few hours. You may communicate this to clients on an as needed basis.

Eric if you want something on the website I need to see language for approval first, thanks.

Click to view "In the News" and see how The Reserve, the leading innovator in cash management, has been
prominently featured in the headlines by staying focused on safety, liquidity and a reasonable rate of return.

---

Bruce Bent II
Vice Chairman & President
The Reserve
1250 Broadway
New York NY, 10001
Phone: 212-401-5700 | Fax: 212-401-5980
Email: bbentii@TheR.com

FOIA Confidential Treatment Requested by The Reserve

RF-SEC 00178826

Exhibit
15
NY-7999