USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/12

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, Defendants, and THE RESERVE PRIMARY FUND, Relief Defendant. | **ECF CASE** 09 Civ. 4346 (PGG) **ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that trial will commence in this matter on **July 16, 2012,** at 9:00 a.m., in Courtroom 6B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

It is further ORDERED that the parties shall submit their joint pre-trial order pursuant to the Court's Individual Rule 9.A by **June 1, 2012.** Each party shall submit a letter outlining its proposed motions in limine on **June 6, 2012** to discuss the proposed motions in limine. The Court will hold a telephone conference in this matter at **5:00 p.m. on Friday, June 8, 2012**. Each party shall submit its proposed voir dire, requests to charge and proposed verdict sheet, and any motions in limine by **June 15, 2012.** Responsive papers, if any, are due on **June 22, 2012.**

Dated: New York, New York
      April 11, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge