UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | ECF CASE<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

    There will be a conference in this matter at 10:30 a.m. on Tuesday, May 22, 2012 in Courtroom 6B of the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       May 21, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/12
```