```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/12
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | **ECF CASE**<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at the May 22, 2012 conference, it is hereby ORDERED that Defendants shall submit a letter to the Court by May 25, 2012 confirming that they have produced all documents related to Fund purchases on September 15 and 16, 2008.

The pre-trial schedule in this case is hereby amended as follows: the parties shall submit their joint pre-trial order pursuant to the Court's Individual Rule 9.A by **June 6, 2012.** Each party shall submit a letter outlining its proposed motions in limine on **June 11, 2012.** The Court will hold a telephone conference in this matter at **5:00 p.m. on Thursday, June 14, 2012** to discuss the proposed motions in limine. Each side shall submit its proposed voir dire, requests to charge and proposed verdict sheet, and any motions in limine by **June 22, 2012.** Responsive papers, if any, are due on **June 29, 2012.**

Dated: New York, New York
      May 22, 2012

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge