UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | **ECF CASE**<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at the June 14, 2012 conference, the trial schedule in this matter is hereby amended as follows: trial will commence on **October 1, 2012,** at 9:00 a.m., in Courtroom 6B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Each party shall submit a letter outlining its proposed motions in limine by **July 9, 2012.** The Court will hold a conference in this matter at **11:00 a.m. on July 13, 2012** to discuss these proposed motions. Each party shall submit its proposed voir dire, requests to charge and proposed verdict sheet, and any motions in limine by **July 23, 2012.** Responsive papers, if any, are due on **August 6, 2012.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/12

Dated: New York, New York
       June 18, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge