UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVIATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | ECF CASE<br><br>09 Civ. 4346 (PGG) |

## **NOTICE OF WITHDRAWAL AS COUNSEL OF LARA A. ORAVEC**

PLEASE TAKE NOTICE that Lara A. Oravec, the undersigned, is withdrawing as one of the attorneys of record in this matter because the undersigned is leaving the law firm of Ropes & Gray LLP. The other attorneys at Ropes & Gray LLP currently representing Ameriprise Financial Services, Inc. and Securities America, Inc. will continue their representation in this case.

Dated:  June 25, 2012

Respectfully submitted,

/s/ Lara A. Oravec
Lara A. Oravec
ROPES & GRAY LLP
800 Boyslton Street
Boston, MA  02199
(617) 951-7000
lara.oravec@ropesgray.com
*Attorney for Ameriprise Financial*
*Services, Inc. and Securities America, Inc.*

31099794_1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2012, I caused the Notice of Withdrawal as Counsel of Lara A. Oravec to be **electronically filed** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the ECF service list.

                                                   /s/ Lara A. Oravec