SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(212) 336-1023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>   v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR. and BRUCE BENT II,<br><br>                  Defendants,<br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>                  Relief Defendant. | 09 Civ. 4346 (PGG)<br><br>ECF CASE |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted

to practice in this Court.

>Alexander J. Janghorbani
>U.S. Securities and Exchange Commission
>3 World Financial Center, Suite 400
>New York, New York  10281-1022
>Ph: 212.336.0177
>Fx: 703.813.9504

Executed:   July 4, 2012
          New York, New York

By: /s/ Alexander J. Janghorbani
>Alexander J. Janghorbani

>Securities and Exchange Commission
>New York Regional Office
>3 World Financial Center, Suite 400
>New York, NY  10281-1022
>Ph:  212.336.0177
>Fax:  703.813.9504
>Email:  JanghorbaniA@sec.gov

Attorney for Plaintiff