UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE                          :
COMMISSION,                                      :
                                                 :
                    **Plaintiff,**        :
                                                 :
      v.                                         :   No. 09 Civ. 4346 (PGG)
                                                 :
RESERVE MANAGEMENT COMPANY, INC.,                :   ECF CASE
RESRV PARTNERS, INC., BRUCE BENT SR.             :
and BRUCE BENT II,                               :
                                                 :
                    **Defendants,**       :
   and                                          :
                                                 :
THE RESERVE PRIMARY FUND,                        :
                                                 :
                    **Relief Defendant.**  :
-------------------------------------------------------------------x

## NOTICE OF PLAINTIFF'S FIRST MOTION IN LIMINE
## TO INTRODUCE EVIDENCE OF DEFENDANTS' COMMUNICATIONS
## WITH INVESTORS

PLEASE TAKE NOTICE that, on the basis of the accompanying Memorandum of Law, the Declaration of Michael D. Birnbaum, executed July 17, 2012, and the exhibits thereto, and all prior proceedings in this action, Plaintiff Securities and Exchange Commission will move this Court before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, for an order pursuant to Fed. R. Evid. 104 permitting Plaintiff to introduce evidence of communications with investors made by Defendants Reserve Management Company, Inc., Resrv Partners Inc., and Bruce Bent II, together with such additional relief as the Court may deem appropriate and just.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order of July 13, 2012, responsive papers, if any, should be served by July 27, 2012.

Dated: New York, New York
      July 17, 2012

Respectfully submitted,

By: _____
Nancy A. Brown
Michael D. Birnbaum
Michael P. Holland

SECURITIES AND EXCHANGE
COMMISSION
3 World Financial Center
New York, NY 10281
(212) 336-1023 (Brown)

Attorneys for Plaintiff