**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

JOHN DELLAPORTAS
DIRECT DIAL: 212.692.1012
E-MAIL: DELLAJO@DUANEMORRIS.COM

www.duanemorris.com

**MEMO ENDORSED**
The Application is granted. The Conference is adjourned to August 30, 2012 at 3:30 p.m.
SO ORDERED:
Paul G. Gardephe U.S.D.J.
8/3/12

August 3, 2012

Via Email Maren_Messing@nysd.uscourts.gov

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Reserve Management Co., Inc.*, No. 09 Civ. 4346

Dear Judge Gardephe:

On behalf of Defendants, we respectfully write to request a four-day extension of Monday's deadline for both sides to file responses to motions in limine, such that all responses would be filed by no later than next Friday, 5 P.M.

My colleague, Ms. Jacobs, had principal responsibility for Defendants' responses. Yesterday, her mother was hospitalized unexpectedly with pneumonia. Ms. Jacobs expects to remain with her mother in the hospital for the near future. Because of this, we therefore seek a short extension, which of course would be reciprocal to the SEC. We have notified the SEC of our intended application, and the SEC has advised us that it is amenable to our request, provided that, so as not take away from the Court's time to consider these issues, we also ask the Court to adjourn the August 24 conference date by the same four days (subject to the Court's calendar). We respectfully incorporate that request as well.

We thank the Court for its consideration.

Respectfully,

John Dellaportas

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/12

cc: Nancy Brown, Esq. (by e-mail)
Fran M. Jacobs, Esq. (by e-mail)

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020