DUANE MORRIS LLP
Mary C. Pennisi
1540 Broadway, 12th Floor
New York, NY 10036
(212) 471-1846

Attorneys for Defendants Reserve Management Company, Inc., Reserve Partners, Inc., Bruce Bent, Sr., and Bruce Bent II,

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RESERVE MANAGEMENT COMPANY, INC., RESERVE PARTNERS, INC., BRUCE BENT, SR., and BRUCE BENT II,

Defendants,

and

THE RESERVE PRIMARY FUND,

Relief Defendant.

No. 09 Civ. 4346 (PGG)

ECF Case

**NOTICE OF APPEARANCE**

**MARY C. PENNISI** hereby enters her appearance as co-counsel for Defendants Reserve Management Company, Inc., Reserve Partners, Inc., Bruce Bent, Sr. and Bruce Bent II.

Dated: New York, NY
September 25, 2012

DUANE MORRIS LLP

By: /s/ Mary C. Pennisi
Mary C. Pennisi, Esq.
1540 Broadway, 12th Floor
New York, New York 10036-4086
(212) 471-1846 Phone
(212) 202-6454 Fax

mpenissi@duanemorris.com

*Attorneys for Defendants Reserve Management Company, Inc., Reserve Partners, Inc., Bruce Bent, Sr., and Bruce Bent II,*