```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/12
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
                Plaintiff,   :
                                  :
v.                                :     No. 09 Civ. 4346 (PGG)
                                  :
RESERVE MANAGEMENT COMPANY, INC., :     ECF CASE
RESRV PARTNERS, INC., BRUCE BENT SR. :
and BRUCE BENT II,                :
                                  :
                Defendants,  :
and                               :
                                  :
THE RESERVE PRIMARY FUND,         :
                                  :
                Relief Defendant. :
-------------------------------------------------------------------x

## [PROPOSED] ORDER PERMITTING
## PLAINTIFF'S DELIVERY OF TRIAL MATERIAL TO COURTROOM

Upon the September 21, 2012 letter application of Plaintiff Securities and Exchange Commission, and upon good cause shown,

IT IS HEREBY ORDERED that Plaintiff Securities and Exchange Commission, or its agents, are permitted to deliver to Courtroom 6B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, 25 boxes of trial materials, on October 5, 2012, in advance of the trial in this matter, scheduled to commence on October 9, 2012, and to store those materials in Courtroom 6B through the conclusion of the trial.

Dated: Sept. 27, 2012

                                                                     _____
                                                                     United States District Judge