UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | No. 09 Civ. 4346 (PGG)<br><br>ECF Case<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/28/12 |

## [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO DELIVER TRIAL MATERIALS

Upon the September 24, 2012 letter of defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr., and Bruce Bent II ("Defendants"), and upon good cause shown:

IT IS HEREBY ORDERED that Defendants or their counsel or agents are permitted to deliver boxes of trial materials to Courtroom 6B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on October 5, 2012, in advance of the trial in this matter scheduled to commence on October 9, 2012; and further that Defendants are permitted to store trial materials in Courtroom 6B through the conclusion of trial.

Dated: September __27__, 2012

_____Paul G. Gardephe_____
United States District Judge

DM1\3533160.1