Tara J. Myslinski (TM-7234)
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
(781) 359-9000

*Attorneys for Defendants State Street Bank and Trust
Company, Alan Greene, John Stratton and Robert Dame*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC. RESERVE PARTNRS, INC., BRUCE BENT, SR. AND BRUCE BENT II, Defendants<br><br>And<br><br>THE RESERVE PRIMARY FUND, Relief Defendants | NO. 09 civ 4346 (PGG) |

## NOTICE OF APPEARANCE

Please take Notice that Tara J. Myslinski of the law firm O'Connor Carnathan and Mack LLC, an attorney admitted to the bar of this Court, hereby appears as counsel on behalf of State Street Bank and Trust Company, John Stratton, Robert Dame, and Alan Greene and further requests that copies of all papers in this action be served as follows:

Tara J. Myslinski (TM-7234)
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803
Telephone: (781) 359-9000
Facsimile: (781) 359-9001
tmyslinski@ocmlaw.net

1

By: /s/ Tara J. Myslinski  
Tara J. Myslinski (TM-7234)  
O'Connor Carnathan and Mack LLC  
1 Van De Graaff Drive, Suite 104  
Burlington, MA 01803  
Telephone: (781) 359-9000  
Facsimile: (781) 359-9001  
tmyslinski@ocmlaw.net

*Attorney for State Street Bank and Trust Company, John Stratton, Alan Greene and Robert Dame*

Dated: October 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 1, 2012.

/s/ Tara J. Myslinski

4824-3207-6561, v. 1