EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RESERVE MANAGEMENT COMPANY, INC., RSERVE PARTNERS, INC., BRUCE BENT, SR. and BRUCE BENT II, <br><br> Defendants, <br><br> and <br><br> THE RESERVE PRIMARY FUND, <br><br> Relief Defendant. | NO. 09 Civ. 4346 (PGG) <br><br> ECF CASE |

## DECLARATION OF ROBERT DAME IN SUPPORT OF UNOPPOSED EMERGENCY MOTION FOR PROTECTION

I, Robert Dame, declare as follows:

1) On or about September 6, 2012, the Defendants issued a subpoena to me for trial testimony in the above-captioned case for the period October 1, 2012, and continuing (the "Subpoena"). My counsel, Sean Carnathan, accepted service of the Subpoena on my behalf.

2) I reside in Duxbury, Massachusetts. I am employed by State Street Bank and Trust Company and work in Boston, Massachusetts.

3) The Subpoena states that I should appear for trial testimony on October 1, 2012. I understand that the trial is scheduled to commence on October 9, 2012 and continue for several weeks thereafter.

4) I am not available to testify on October 11, 12, or 15-17, 2012. I will be on a previously planned business trip in Bermuda between October 11-15, and have client commitments that would be burdensome to alter on October 16 and 17, 2012.

5) Requiring me to appear in New York City to testify on the dates on which I am unavailable, as set forth above, would subject me to undue burden and expense.

6) Accordingly, I seek an order from the Court protecting me from testifying on the foregoing dates on which I am not available.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
September 28, 2012

_____
Robert Dame

4817-7258-3185, v. 1

2