EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RSERVE PARTNERS, INC., BRUCE BENT, SR. and BRUCE BENT II,<br><br>    Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>    Relief Defendant. | NO. 09 Civ. 4346 (PGG)<br><br>ECF CASE |

## DECLARATION OF ALAN GREENE IN SUPPORT OF UNOPPOSED EMERGENCY MOTION FOR PROTECTION

I, Alan Greene, declare as follows:

1) On or about September 6, 2012, the Defendants issued a subpoena to me for trial testimony in the above-captioned case for the period October 1, 2012, and continuing (the "Subpoena"). My counsel, Sean Carnathan, accepted service of the Subpoena on my behalf.

2) I reside in North Andover, Massachusetts. I am employed by State Street Bank and Trust Company and work in Boston, Massachusetts.

3) The Subpoena states that I should appear for trial testimony on October 1, 2012. I understand that the trial is scheduled to commence on October 9, 2012 and continue for several weeks thereafter.

4) I am not available to testify on October 30-31. I will be on a previously planned executive business trip at which my attendance is required.

5) Requiring me to appear in New York City to testify on the dates on which I am unavailable, as set forth above, would subject me to undue burden and expense.

6) Accordingly, I seek an order from the Court protecting me from testifying on the foregoing dates on which I am not available.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
October _1_, 2012

_____
Alan Greene

4817-7258-3185, v. 1

2