UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD 2011 (PGG) |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 09 Civ. 4346 (PGG) |
| v. | ECF Case |
| RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, | |
| Defendants, | |
| and | |
| THE RESERVE PRIMARY FUND, | |
| Relief Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/12

**[PROPOSED] ORDER PERMITTING DEFENDANTS'
USE OF INTERNET CONNECTION DURING TRIAL**

Upon the September 26, 2012 letter of defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr., and Bruce Bent II ("Defendants"), and upon good cause shown:

IT IS HEREBY ORDERED that Courtroom Connect, a Southern District of New York contracted vendor, may provide Defendants in this action with Internet connectivity for the duration of the proceedings, set to begin on Tuesday October 9, 2012. Courtroom Connect may proceed to make proper arrangements with the District Executive Office of the Court. The

approved attorneys and parties have been authorized to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

Dated: ~~September~~ October 1, 2012

_____
United States District Judge