```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | ECF CASE<br><br>09 Civ. 4346 (PGG)<br><br>**ORDER** |

PAUL G. GARDEPHE, U.S.D.J.:

       The Court has reviewed in camera the documents Defendants submitted last night in response to yesterday's Order. (Dkt. 559) To the extent Defendants object to the Court providing these documents to the Securities and Exchange Commission, pursuant to Federal Rule of Evidence 502(a), any submission addressing this issue should be made by 3:00 p.m. on October 4, 2012.

Dated: New York, New York
       October 3, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge