UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, Defendants, and THE RESERVE PRIMARY FUND, Relief Defendant. | No. 09 Civ. 4346 (PGG) ECF Case |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/12
```

### [PROPOSED] ORDER PERMITTING DEFENDANTS' AGENTS, MAGNA LEGAL SERVICES AND DYLAN GREEN, TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE TO PRESENT EXHIBITS AND TESTIMONY DURING TRIAL

Upon the October 1, 2012 letter of defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr., and Bruce Bent II ("Defendants"), and upon good cause shown:

IT IS HEREBY ORDERED that Defendants' agents, Magna Legal Services and Dylan Green, bring the following into the courthouse each day from October 5th through the end of trial: 3 LCD monitors, a projector, 2 General Purpose Computing Devices (laptops), a VGA switch, a set of speakers, one tech table, and a box of necessary power and video cables This

request is being made for the purpose of electronic presentation of exhibits and testimony throughout the trial.

Dated: October 3, 2012

*[signature]*
United States District Judge