UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE THE RESERVE FUND SECURITIES AND :
DERIVATIVE LITIGATION : MDL No. 09-md-2011 (PGG)
------------------------------------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
 :
                Plaintiff, :
 :
    v. : No. 09 Civ. 4346 (PGG)
 :
RESERVE MANAGEMENT COMPANY, INC., : ECF CASE
RESRV PARTNERS, INC., BRUCE BENT SR. :
and BRUCE BENT II, :
 :
                Defendants, :
    and :
 :
THE RESERVE PRIMARY FUND, :
 :
                Relief Defendant. :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/12
```

## STIPULATION

Counsel for Plaintiff Securities and Exchange Commission and Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II (collectively "Defendants") hereby stipulate and agree that:

    1.    The telephone recordings listed on Plaintiff's and Defendants' respective Exhibit Lists occurred on the date and at or within one or two minutes of the times provided in the file name of the call.

    2.    For each of the telephone recordings listed below, the voice of the employee listed can be heard on such recording:

| Plaintiff's Ex. | Call Identifier | Employee |
|---|---|---|
| 2 | The Reserve recorded telephone call, Sept. 16, 2008, 8:58 am c2222_16_09_2008_085857 | Brandon Semilof |
| 27 | The Reserve recorded telephone call, Sept. 15, 2008, 1:16 pm c707_15_09_2008_131612 | Brandon Semilof |
| 28 | The Reserve recorded telephone call, Sept. 15, 2008, 1:25 pm c707_15_09_2008_132539 | Brandon Semilof |
| 29 | The Reserve recorded telephone call, Sept. 16, 2008, 4:50 pm c707_16_09_2008_165023 | Brandon Semilof |
| 30 | The Reserve recorded telephone call, Sept. 15, 2008, 1:27 pm c707_15_09_2008_132730 | Brandon Semilof |
| 31 | The Reserve recorded telephone call, Sept. 15, 2008, 1:36 pm c707_15_09_2008_133613 | Brandon Semilof |
| 33 | The Reserve recorded telephone call, Sept. 15, 2008, 4:22 pm c707_15_09_2008_162208 | Brandon Semilof |
| 34 | The Reserve recorded telephone call, Sept. 15, 4:30 pm c707_15_09_2008_163013 | Brandon Semilof |
| 35 | The Reserve recorded telephone call, Sept. 16, 2008, 9:11 am c707_16_09_2008_091131 | Brandon Semilof |
| 36 | The Reserve recorded telephone call, Sept. 16, 2008, 7:45 am c707_16_09_2008_074557 | Brandon Semilof |
| 37 | The Reserve recorded telephone call, Sept. 16, 2008, 5:39 pm c707_16_09_2008_173954 | Brandon Semilof |
| 38 | The Reserve recorded telephone call, Sept. 16, 2008, 7:00 pm c707_16_09_2008_190044 | Brandon Semilof |
| 39 | The Reserve recorded telephone call, Sept. 16, 2008, 9:46 am c707_16_09_2008_094626 | Brandon Semilof |

| Plaintiff's Ex. | Call Identifier | Employee |
|---|---|---|
| 40 | The Reserve recorded telephone call, Sept. 16, 2008, 10:10 am c707_16_09_2008_101002 | Brandon Semilof |
| 164 | The Reserve recorded telephone call, Sept. 16, 2008, 1:46 pm Rothwell_c1819_16_09_2008_134616 | Mark Rothwell |
| 165 | The Reserve recorded telephone call, Sept. 16, 2008, 2:48 pm Rothwell_c1819_16_09_2008_144809 | Mark Rothwell |
| 166 | The Reserve recorded telephone call, Sept. 15, 2008, 9:38 am c1819_15_09_2008_093807 | Mark Rothwell |
| 167 | The Reserve recorded telephone call, Sept. 15, 2008, 1:48 pm c1819_15_09_2008_134802 | Mark Rothwell |
| 168 | The Reserve recorded telephone call, Sept. 15, 2008, 1:57 pm c1819_15_09_2008_135713 | Mark Rothwell |
| 169 | The Reserve recorded telephone call, Sept. 15, 2008, 2:06 pm c1819_15_09_2008_140630 | Mark Rothwell |
| 170 | The Reserve recorded telephone call, Sept. 15, 2008, 2:44 pm c1819_15_09_2008_144443 | Mark Rothwell |
| 171 | The Reserve recorded telephone call, Sept. 16, 2008, 9:29 am c1819_16_09_2008_092932 | Mark Rothwell |
| 172 | The Reserve recorded telephone call, Sept. 16, 2008, 1:32 pm c1819_16_09_2008_133206 | Mark Rothwell |
| 173 | The Reserve recorded telephone call, Sept. 16, 2008, 4:59 pm c1819_16_09_2008_165242 | Mark Rothwell |
| 174 | The Reserve recorded telephone call, Sept. 16, 2008, 6:59 pm c1819_16_09_2008_185921 | Mark Rothwell |
| 175 | The Reserve recorded telephone call, Sept. 16, 2008, 7:16 pm Rothwell_c1819_16_09_2008_191611 | Mark Rothwell |

| Plaintiff's Ex. | Call Identifier | Employee |
|---|---|---|
| 176 | The Reserve recorded telephone call, Sept. 16, 2008, 8:01 pm Rothwell_c1819_16_09_2008_200106 | Mark Rothwell |
| 177 | The Reserve recorded telephone call, Sept. 16, 2008, 9:03 pm c1819_16_09_2008_210318 | Mark Rothwell |
| 179 | The Reserve recorded telephone call, Sept. 15, 2008, 6:06 pm c1819_15_09_2008_180639 | Mark Rothwell |
| 32 | The Reserve recorded telephone call, Sept. 15, 2008, 5:17 pm c2323_15_09_2008_171727 | Boris Druyan |
| 154 | The Reserve recorded telephone call, Sept. 16, 2008, 12:55 pm c2323_16_09_2008_125522 | Boris Druyan |
| 156 | The Reserve recorded telephone call, Sept. 15, 2008, 5:47 pm c2323_15_09_2008_174715 | Boris Druyan |
| 157 | The Reserve recorded telephone call, Sept. 16, 2008, 1:41 pm c2323_16_09_2008_134153 | Boris Druyan |
| 158 | The Reserve recorded telephone call, Sept. 16, 2008, 2:22 pm c2323_16_09_2008_142200 | Boris Druyan |
| 159 | The Reserve recorded telephone call, Sept. 16, 2008, 2:41 pm c2323_16_09_2008_144146 | Boris Druyan |
| 41(a) | The Reserve recorded telephone call, Sept. 15, 2008, 6:47 pm HATCH_9_15_08_647PM | Ming Hatch |

3. Defendants will not argue that DX 193 or any subset thereof represents all calls placed or received from the lines listed on that Exhibit. Plaintiff agrees to the admissibility of DX 193.

4. Plaintiff agrees to the admissibility of DX Rebuttal Ex. 1 as appended hereto.

4

5.   Defendant agrees to the admissibility of PX 276 in the revised form provided to Defendants on September 7, 2012.

Dated: October 5, 2012
       New York, New York

| SECURITIES AND EXCHANGE COMMISSION | DUANE MORRIS LLP |
|---|---|
| By: *[signature]* <br> Nancy A. Brown <br> Alexander J. Janghorbani <br> Michael D. Birnbaum <br> 3 World Financial Center <br> New York, New York 10281 <br> Tel: (212) 336.1023 (Brown) <br><br> Attorneys for Plaintiff Securities and Exchange Commission | By: *[signature]* <br> John Dellaportas <br> Fran M. Jacobs <br> Katherine Gehring <br> 1540 Broadway <br> New York, New York 10036-4086 <br> Tel: (212) 692.1012 (Dellaportas) <br><br> Attorneys for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II |

5

So ordered:

_____Paul␣Gardephe_____   Oct. 8, 2012
U.S.D.J.