Docket + File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/12

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, Defendants, and THE RESERVE PRIMARY FUND, Relief Defendant. | **ECF CASE** **VERDICT FORM** 09 Civ. 4346 (PGG) |

**First Claim for Relief**

1. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II knowingly or recklessly violated Section 10(b) of the Securities Exchange Act and Rule 10b-5?

   a. RMCI:

   Yes _____  No ___✓___

   b. Resrv Partners:

   Yes _____  No ___✓___

   c. Bent II:

   Yes _____  No ___✓___

If you answered "Yes" to **any** part of Question 1, please proceed to Question 2. If you answered "No" to **all** parts of Question 1, please proceed to Question 6.

2. Has the SEC proven by a preponderance of the evidence that Bent Sr. knowingly aided and abetted Bent II's, RMCI's, or Resrv Partners' violation of Section 10(b) and Rule 10b-5?

   Yes _____   No _____

If you answered "Yes" to Question 1 as to RMCI <u>or</u> Resrv Partners, please proceed to Question 3. If you answered "No" to Question 1 as to <u>both</u> RMCI <u>and</u> Resrv Partners, please proceed to Question 6.

3. Has the SEC proven by a preponderance of the evidence that Bent II knowingly aided and abetted RMCI's or Resrv Partners' violation of Section 10(b) and Rule 10b-5?

   Yes _____   No _____

<u>Second Claim for Relief</u>

If you answered "Yes" to Question 1 as to RMCI please proceed to Question 4. If you answered "No" to Question 1 as to RMCI, please proceed to Question 6.

4. Has the SEC proven by a preponderance of the evidence that Bent Sr. or Bent II were "control persons" of RMCI under Section 20(a) of the Securities Exchange Act and culpably participated in RMCI's violation of Section 10(b) and Rule 10b-5?

   a. Bent Sr:

   Yes _____   No _____

   b. Bent II:

   Yes _____   No _____

If you answered "Yes" to Question 4 as to Bent Sr. <u>or</u> Bent II please proceed to Question 5. If you answered "No" to Question 4 as to <u>both</u> Bent Sr. <u>and</u> Bent II, please proceed to Question 6.

5. Has Bent Sr. or Bent II proven his good faith defense by a preponderance of the evidence under Section 20(a) of the Securities Exchange Act?

   a. Bent Sr:

   Yes _____   No _____

    b. Bent II:

       Yes _____  No _____

### Third Claim for Relief

6. Has the SEC proven by a preponderance of the evidence that RMCI, Resrv Partners, or Bent II knowingly or recklessly violated Section 17(a)(1) of the Securities Act?

    a. RMCI:

       Yes _____  No ✓

    b. Resrv Partners:

       Yes _____  No ✓

    c. Bent II:

       Yes _____  No ✓

7. Has the SEC proven by a preponderance of the evidence that RMCI, Resrv Partners, or Bent II knowingly or recklessly violated Section 17(a)(2) or (3) of the Securities Act?

    a. RMCI:

       Yes ✓  No _____

    b. Resrv Partners:

       Yes ✓  No _____

    c. Bent II:

       Yes _____  No ✓

**If you answered "Yes" to <u>all</u> parts of Question 7, please proceed to Question 9. If you answered "No" to <u>any</u> part of Question 7, please proceed to Question 8.**

8. Has the SEC proven by a preponderance of the evidence that RMCI, Resrv Partners, or Bent II negligently violated Section 17(a)(2) or (3) of the Securities Act?

   a. RMCI:

   Yes _____   No ___✓_____

   b. Resrv Partners:

   Yes _____   No ___✓_____

   c. Bent II:

   Yes ___✓_____   No _____

**Fourth Claim for Relief**

9. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II knowingly or recklessly violated Section 206(1) of the Investment Advisers Act?

   a. RMCI:

   Yes _____   No ___✓_____

   b. Bent Sr.:

   Yes _____   No ___✓_____

   c. Bent II:

   Yes _____   No ___✓_____

10. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II knowingly or recklessly violated Section 206(2) of the Investment Advisers Act?

    a. RMCI:

    Yes _____   No ___✓_____

    b. Bent Sr.:

    Yes _____   No ___✓_____

c. Bent II:

Yes _____ No ✓ _____

If you answered "Yes" to <u>all</u> parts of Question 10, please proceed to Question 12. If you answered "No" to <u>any</u> part of Question 10, please proceed to Question 11.

11. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II negligently violated Section 206(2) of the Investment Advisers Act?

   a. RMCI:

   Yes ✓ _____ No _____

   b. Bent Sr.:

   Yes _____ No ✓ _____

   c. Bent II:

   Yes _____ No ✓ _____

If you answered "Yes" to Question 10 <u>or</u> 11 as to RMCI, please proceed to Question 12. If you answered "No" to Question 10 <u>and</u> 11 as to RMCI please proceed to Question 13.

<u>Sixth Claim for Relief</u>

12. Has the SEC proven by a preponderance of the evidence that Bent Sr. or Bent II knowingly or recklessly aided and abetted RMCI's violation of Section 206(1) or (2) of the Investment Advisers Act?

   a. Bent Sr.:

   Yes _____ No ✓ _____

   b. Bent II:

   Yes _____ No ✓ _____

<u>Fifth Claim for Relief</u>

13. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II knowingly or recklessly violated Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

a. RMCI:

   Yes ✓            No _____

b. Bent Sr.:

   Yes _____      No ✓

c. Bent II:

   Yes _____      No ✓

If you answered "Yes" to <u>all</u> parts of Question 13, please proceed to Question 15. If you answered "No" to <u>any</u> part of Question 13, please proceed to Question 14.

14. Has the SEC proven by a preponderance of the evidence that RMCI, Bent Sr., or Bent II, negligently violated Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

    a. RMCI:

       Yes _____      No ✓

    b. Bent Sr.:

       Yes _____      No ✓

    c. Bent II:

       Yes _____      No ✓

If you answered "Yes" to Question 13 <u>or</u> 14 as to RMCI, please proceed to Question 15. If you answered "No" to Question 13 <u>and</u> 14 as to RMCI please proceed to sign and date this form.

<u>Seventh Claim for Relief</u>

15. Has the SEC proven by a preponderance of the evidence that Bent Sr. or Bent II knowingly or recklessly aided and abetted RMCI's violation of Section 206(4) of the Investment Advisers Act and Rule 206(4)-8?

    a. Bent Sr.:

       Yes _____      No ✓

b.  Bent II:

   Yes _____    No   ✓_____

   \_\_\_\_*Kenya Jones*\_\_\_\_
   Signature of Foreperson

   November 12, 2012.