USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/12

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD. 2011 (PGG) |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | ECF CASE<br><br>ORDER<br><br>09 Civ. 4346 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Any renewed motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) or any motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a) must be filed no later than 28 days after the entry of judgment.

      The parties shall submit a joint letter by Wednesday, November 21, 2012 at 12:00 p.m. proposing a briefing schedule for all remaining issues in this case, including any issues relating to indemnification and management fees.

Dated: New York, New York
       November 14, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge