UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Securities and Exchange
Commission            Plaintiff,         Case No. 1:09-cv-04346-PGG

    -against-
Reserve Management Co. Inc., et
al                    Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joseph M. Pastore III**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JP1717         My State Bar Number is 2465821

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Smith Gambrell & Russell, LLP
           FIRM ADDRESS: 250 Park Ave., 19th Fl, New York, NY 10177
           FIRM TELEPHONE NUMBER: 212-907-9600
           FIRM FAX NUMBER: 212-907-9800

NEW FIRM:   FIRM NAME: Pastore Shofi & Dailey, LLP
           FIRM ADDRESS: 4 High Ridge Park, Stamford, CT 06905
           FIRM TELEPHONE NUMBER: 203-658-8454
           FIRM FAX NUMBER: 203-348-0852

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11-21-2012

_____
ATTORNEY'S SIGNATURE