UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 09 Civ. 4346 (PGG) |
| v. | ECF Case |
| RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II, | **NOTICE OF MOTION BY DEFENDANTS** |
| Defendants, | |
| and | |
| THE RESERVE PRIMARY FUND, | |
| Relief Defendant. | |

PLEASE TAKE NOTICE that, together with the supporting documents to be served in accordance with the Court's Endorsed Order dated November 21, 2012, defendants Bruce Bent II, Reserve Management Company, Inc. and Resrv Partners, Inc., by their attorneys, will move this Court before the Hon. Paul G. Gardephe, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, at a date and time to be determined, for relief under Federal Rules of Civil Procedure 50, 59, and 60.

PLEASE TAKE FURTHER NOTICE that briefing on the foregoing post-trial motions, along with supplemental submissions by all four defendants in further support of their pending applications for indemnification, management fees, and expense reimbursements, shall be served on or before December 21, 2012, with answering and reply papers, if any, to be served and filed on or before January 27, 2013 and February 5, 2013, respectively.

Dated: New York, NY
December 12, 2012

                        DUANE MORRIS LLP

                        By:   /s/ John Dellaportas
                          John Dellaportas (Dellajo@duanemorris.com)
                          Fran M. Jacobs (fmjacobs@duanemorris.com)
                          Kathrine A. Gehring (kagehring@duanemorris.com)
                        1540 Broadway
                        New York, NY  10036
                        (212) 692-1000
                        Attorneys for Defendants
                              Reserve Management Company, Inc.,
                              Resrv Partners, Inc., Bruce Bent Sr., and
                              Bruce Bent II

TO:    SECURITIES AND EXCHANGE COMMISSION
         3 World Financial Center, Room 4300
         New York, NY 10281
         212-336-1023
         Nancy Brown, Esq.
         Alex Janghorbani, Esq.
         Michael Birnbaum, Esq.
         Attorneys for Plaintiff

DM1\3635998.2