SECURITIES AND EXCHANGE COMMISSION
3 World Financial Center
New York, New York 10281
(212) 336-1023 (Brown)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE　　　　　　　　　　　:
COMMISSION,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　No. 09 Civ. 4346 (PGG)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
RESERVE MANAGEMENT COMPANY, INC.,　　:　　ECF CASE
RESRV PARTNERS, INC., BRUCE BENT SR.　　　:
and BRUCE BENT II,　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants,　　　　　　　　　　　　:
　　　and　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE RESERVE PRIMARY FUND,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Relief Defendant.　　　　　　　　　:
------------------------------------------------------------------x

## NOTICE OF PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL ON CERTAIN CLAIMS

PLEASE TAKE NOTICE, that on the basis of the Memorandum of Law and supporting materials to be filed pursuant to the Court's endorsed Order dated November 21, 2012, and all prior proceedings in this action, Plaintiff Securities and Exchange Commission (the "Commission") will move this Court before the Honorable Paul G. Gardephe, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, pursuant to Fed. R. Civ. P. 50(b) and 59(a), for orders granting Plaintiff Judgment as a Matter of Law and a new trial as to certain of its claims against Defendants Reserve Management

Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II, together with such additional relief as the Court may deem appropriate and just.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's endorsed Order of November 21, 2012, opening briefs supporting this Motion will be served by December 21, 2012, opposing papers will be served on January 27, 2013 and reply papers will be served by February 5, 2013.

Dated: New York, New York
       December 12, 2012

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By: _____
    Nancy A. Brown
    Alexander J. Janghorbani
    Michael D. Birnbaum

3 World Financial Center
New York, New York 10281
(212) 336-1023

Attorneys for Plaintiff