

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
FACSIMILE: (212) 336-1319

January 18, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/13
```

**VIA EMAIL**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  SEC v. Reserve Management Company, Inc., et al;
     No. 09 Civ. 4346 (PGG)

Dear Judge Gardephe:

We represent the Plaintiff, Securities and Exchange Commission, in this action.

We respectfully request permission to serve an opposition brief of 45 pages, five more than the Court's order, entered November 21, 2012, allows. Opposition briefs are due on Tuesday, January 22, 2013.

Defendants' counsel has advised us that Defendants have no objection to this request.

Respectfully submitted,

Nancy A. Brown

cc:  John Dellaportas, Esq.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan 18, 2013