

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

FRAN M. JACOBS
DIRECT DIAL: 212.692.1060
PERSONAL FAX: 212.202.6413
E-MAIL: fmjacobs@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/13

January 21, 2012

BY E-MAIL

Hon. Paul G. Gardephe
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: SEC v. Reserve Management Company, Inc., et al., No. 09 Civ. 4346 (PGG)

Dear Judge Gardephe:

We received a copy of the SEC's request for permission to serve a 45-page opposition brief and now request permission for Defendants to serve an opposition brief of the same length.

Respectfully yours,

Fran M. Jacobs

Fran M. Jacobs

cc:   Nancy A. Brown

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Jan 22, 2013