USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/13

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

**MEMO ENDORSED**

The Application is **granted**.

SO ORDERED:

*/s/ Paul G. Gardephe/*

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 25, 2013

FRAN M. JACOBS
DIRECT DIAL: 212.692.1060
PERSONAL FAX: 212.202.6413
E-MAIL: fmjacobs@duanemorris.com

www.duanemorris.com

BY E-MAIL

Hon. Paul G. Gardephe
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: SEC v. Reserve Management Company, Inc., et al., No. 09 Civ. 4346 (PGG)

Dear Judge Gardephe:

We are writing on behalf of Defendants in the above-entitled action to request that Your Honor grant the following relief:

1) an increase in the page limit for replies from 20 pages to 30 since Defendants will be jointly (a) replying to the SEC's 45-page opposition brief and (b) responding to the separate 25-page submission by the Independent Trustees; and

2) an extension of the deadline for filing replies from February 5 to February 13, 2013.

The SEC has advised us that it does not object to the increase in the page limit, provided that the increase also applies to its reply. However, the SEC has not consented to our request for an additional week to reply. The reason for our request for additional time is basically the same as the reason for our request for an increase in the page limit: Defendants will need more time to respond to two sets of papers than it would have taken us to respond to just one. Given the magnitude of the issues and the amount of time and effort that has already been devoted to this matter, we respectfully submit that the short extension we seek is appropriate and will not unduly delay the conclusion of this matter, which no one is more interested than Defendants in concluding.

Respectfully yours,

*/s/ Fran M. Jacobs/*

Fran M. Jacobs

cc: Nancy A. Brown
John Dellaportas

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: 212.692.1000   FAX: 212.692.1020