UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION | 09 MD 2011 (PGG) |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., BRUCE BENT SR., and BRUCE BENT II,<br><br>Defendants,<br><br>and<br><br>THE RESERVE PRIMARY FUND,<br><br>Relief Defendant. | No. 09 Civ. 4346 (PGG)<br><br>ECF Case |

**DECLARATION OF STEVEN M. PACKER, CPA
REGARDING COMPUTATION OF PREJUDGMENT INTEREST ON AMOUNTS
OWED TO DEFENDANTS BY THE RESERVE PRIMARY FUND**

I, STEVEN M. PACKER, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. I am a manager with the Tax Accounting Group of Duane Morris LLP whose address is 30 South 17th Street, Philadelphia, PA 19103. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2. At the request of counsel for Defendants, I have been asked to provide calculations of statutory prejudgment interest for indemnity claims and fee and expense claims identified by Defendants and owed by the Reserve Primary Fund (the "Fund") in the above-referenced matter from the date owed through February 5, 2013. As noted herein, statutory prejudgment interest has been calculated at 12% simple interest for indemnity claims and at 9% simple interest for fee and expense claims.

1

3. The Bents have incurred $20,683,829 in indemnifiable legal fees and expenses. Applying 12% simple interest, I have calculated accrued interest of $6,435,559. Interest has been computed from the first day of the second month following the invoice dates. Where invoice dates were not available, interest has been computed from the first day of the second month following the last invoice identified. Attached and marked as Exhibit A is a schedule detailing the computation of interest.

4. Defendants have identified $24,771,406 in management and rule 12b-1 fees net of any reimbursements received from the Fund. Applying 9% simple interest, I have calculated accrued interest of $9,914,856. Interest has been computed from the first day of the month following the accrual of expenses and all reimbursements received have been netted against the amounts owed as of the date of receipt. Attached and marked as Exhibit B is a schedule detailing the computation of interest.

5. Defendants have identified $5,309,331 in unreimbursed expenses for administering the Fund during the period of September 2009 through August 2010. Applying 9% simple interest, I have calculated accrued interest of $1,162,525. Since the timing of the expenses incurred was not available, interest has been computed from September 1, 2010. Attached and marked as Exhibit C is a schedule detailing the computation of interest.

6. Defendants have identified $1,383,017 in unreimbursed expenses for administering the Fund during the period of September 2010 through November 2010. Applying 9% simple interest, I have calculated accrued interest of $283,451. Interest has been computed from the first day of the month following the accrual of expenses. Attached and marked as Exhibit D is a schedule detailing the computation of interest.

7. Defendants have identified $869,914 owed as a result of the Crederian and KPMG Court orders. Applying 9% simple interest, I have calculated accrued interest of $126,911. Interest has been computed from the date of the Orders. Additionally, all reimbursements received have been netted against the amounts owed as of the date of the Orders. Attached and marked as Exhibit E is a schedule detailing the computation of interest.

8. Defendants have identified $855,572 owed relating to Independent trustee compensation, net of reimbursements. Applying 9% simple interest, I have calculated accrued interest of $229,628. Interest has been computed from the date each amount was paid. Additionally, all reimbursements received have been netted against the first payment. Attached and marked as Exhibit F is a schedule detailing the computation of interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, PA
       December 20, 2012

_____
Steven M. Packer

# EXHIBIT A

| Legal Fees and Expenses | | | Simple Interest | | 12.0% | | |
|---|---|---|---|---|---|---|---|
| | Total Legal Fees and Expenses | Offsetting Payment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
| Sep-08 | $818,916 | | $818,916 | 11/1/2008 | 0.000329 | 1,557 | $927,933 |
| Oct-08 | $2,544,289 | | $2,544,289 | 12/1/2008 | 0.000329 | 1,527 | $763,581 |
| Nov-08 | $1,688,980 | | $1,688,980 | 1/1/2009 | 0.000329 | 1,496 | $907,192 |
| Dec-08 | $2,479,208 | | $2,479,208 | 2/1/2009 | 0.000329 | 1,465 | $352,887 |
| Jan-09 | $1,964,135 | --$7,392,538-- | $1,964,135 | 3/1/2009 | 0.000329 | 1,437 | $303,165 |
| Feb-09 | $1,651,892 | | $1,651,892 | 4/1/2009 | 0.000329 | 1,406 | $277,225 |
| Mar-09 | $2,005,361 | | $2,005,361 | 5/1/2009 | 0.000329 | 1,376 | $202,408 |
| Apr-09 | $798,041 | | $798,041 | 6/1/2009 | 0.000329 | 1,345 | $32,460 |
| May-09 | $701,238 | | $701,238 | 7/1/2009 | 0.000329 | 1,315 | $110,890 |
| Jun-09 | $656,719 | | $656,719 | 8/1/2009 | 0.000329 | 1,284 | $23,154 |
| Jul-09 | $491,347 | | $491,347 | 9/1/2009 | 0.000329 | 1,253 | $153,582 |
| Aug-09 | $80,730 | | $80,730 | 10/1/2009 | 0.000329 | 1,223 | $4,043 |
| Sep-09 | $282,961 | | $282,961 | 11/1/2009 | 0.000329 | 1,192 | $9,685 |
| Oct-09 | $60,607 | | $60,607 | 12/1/2009 | 0.000329 | 1,162 | $2,333 |
| Nov-09 | $413,038 | | $413,038 | 1/1/2010 | 0.000329 | 1,131 | $1,107 |
| Dec-09 | $11,179 | | $11,179 | 2/1/2010 | 0.000329 | 1,100 | $0 |
| Jan-10 | $27,481 | | $27,481 | 3/1/2010 | 0.000329 | 1,072 | $0 |
| Feb-10 | $6,818 | | $6,818 | 4/1/2010 | 0.000329 | 1,041 | $0 |
| Mar-10 | $3,331 | | $3,331 | 5/1/2010 | 0.000329 | 1,011 | $0 |
| Apr-10 | $0 | | $0 | 6/1/2010 | 0.000329 | 980 | $0 |
| May-10 | $0 | | $0 | 7/1/2010 | 0.000329 | 950 | $0 |
| Jun-10 | $0 | | $0 | 8/1/2010 | 0.000329 | 919 | $0 |
| Jul-10 | $252,106 | | $252,106 | 9/1/2010 | 0.000329 | 888 | $73,601 |
| Aug-10 | $5,719,020 | | $5,719,020 | 10/1/2010 | 0.000329 | 858 | $1,613,234 |
| Sep-10 | $0 | | $0 | 11/1/2010 | 0.000329 | 827 | $0 |
| Oct-10 | $176,847 | | $176,847 | 12/1/2010 | 0.000329 | 797 | $46,339 |
| Nov-10 | $187,121 | | $187,121 | 1/1/2011 | 0.000329 | 766 | $47,124 |
| Dec-10 | $205,677 | | $205,677 | 2/1/2011 | 0.000329 | 735 | $49,701 |
| Jan-11 | $204,050 | | $204,050 | 3/1/2011 | 0.000329 | 707 | $47,429 |

# Legal Fees and Expenses

Simple Interest 12.0%

| | Total Legal Fees and Expenses | Offsetting Payment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
|---|---|---|---|---|---|---|---|
| Feb-11 | $250,587 | | $250,587 | 4/1/2011 | 0.000329 | 676 | $55,692 |
| Mar-11 | $429,622 | | $429,622 | 5/1/2011 | 0.000329 | 646 | $91,245 |
| Apr-11 | $237,538 | | $237,538 | 6/1/2011 | 0.000329 | 615 | $48,028 |
| May-11 | $248,731 | | $248,731 | 7/1/2011 | 0.000329 | 585 | $47,838 |
| Jun-11 | $197,416 | | $197,416 | 8/1/2011 | 0.000329 | 554 | $35,957 |
| Jul-11 | $188,010 | | $188,010 | 9/1/2011 | 0.000329 | 523 | $32,327 |
| Aug-11 | $186,445 | | $186,445 | 10/1/2011 | 0.000329 | 493 | $30,219 |
| Sep-11 | $179,248 | | $179,248 | 11/1/2011 | 0.000329 | 462 | $27,226 |
| Oct-11 | $233,206 | | $233,206 | 12/1/2011 | 0.000329 | 432 | $33,122 |
| Nov-11 | $6,996 | | $6,996 | 1/1/2012 | 0.000329 | 401 | $922 |
| Dec-11 | $43,495 | | $43,495 | 2/1/2012 | 0.000329 | 370 | $5,291 |
| Jan-12 | $62,902 | | $62,902 | 3/1/2012 | 0.000329 | 341 | $7,052 |
| Feb-12 | $12,682 | | $12,682 | 4/1/2012 | 0.000329 | 310 | $1,292 |
| Mar-12 | $13,384 | | $13,384 | 5/1/2012 | 0.000329 | 280 | $1,232 |
| Apr-12 | $21,495 | | $21,495 | 6/1/2012 | 0.000329 | 249 | $1,760 |
| May-12 | $140,048 | | $140,048 | 7/1/2012 | 0.000329 | 219 | $10,083 |
| Jun-12 | $239,041 | | $239,041 | 8/1/2012 | 0.000329 | 188 | $14,775 |
| Jul-12 | $238,907 | | $238,907 | 9/1/2012 | 0.000329 | 157 | $12,332 |
| Aug-12 | $247,872 | | $247,872 | 10/1/2012 | 0.000329 | 127 | $10,349 |
| Sep-12 | $293,808 | | $293,808 | 11/1/2012 | 0.000329 | 96 | $9,273 |
| Oct-12 | $388,301 | | $388,301 | 12/1/2012 | 0.000329 | 66 | $8,426 |
| Nov-12 | $99,152 | | $99,152 | 1/1/2013 | 0.000329 | 35 | $1,141 |
| Dec-12 | $686,390 | | $686,390 | 2/1/2013 | 0.000329 | 4 | $903 |

| Total Legal Fees | $28,076,367 | $7,392,538 | $20,683,829 | | | Total Interest Accrued | $6,435,559 |

# EXHIBIT B

**Management and Rule 12b-1 Fees**  | **Simple Interest** | **9.0%**

| | Total Fee | Offsetting Payment | Net Amount | Accrual Date | Daily Interest Factor | # of Days through 10/15/09 | Simple Interest |
|---|---|---|---|---|---|---|---|
| Sep-08 | $ 5,613,032.64 | | $ 5,613,033 | 10/1/2008 | 0.000246575 | 379 | $ 524,549 |
| Oct-08 | $ 10,541,308.94 | $ (1,503,748.57) | $ 9,037,560 | 11/1/2008 | 0.000246575 | 348 | $ 775,497 |
| Nov-08 | $ 5,271,087.74 | | $ 5,271,088 | 12/1/2008 | 0.000246575 | 318 | $ 413,311 |
| Dec-08 | $ 2,440,038.78 | | $ 2,440,039 | 1/1/2009 | 0.000246575 | 287 | $ 172,675 |
| Jan-09 | $ 2,339,831.65 | | $ 2,339,832 | 2/1/2009 | 0.000246575 | 256 | $ 147,698 |
| Feb-09 | $ 1,824,238.72 | | $ 1,824,239 | 3/1/2009 | 0.000246575 | 228 | $ 102,557 |
| Mar-09 | $ 1,425,072.15 | | $ 1,425,072 | 4/1/2009 | 0.000246575 | 197 | $ 69,223 |
| Apr-09 | $ 1,099,293.26 | | $ 1,099,293 | 5/1/2009 | 0.000246575 | 167 | $ 45,267 |
| May-09 | $ 755,237.34 | | $ 755,237 | 6/1/2009 | 0.000246575 | 136 | $ 25,326 |
| Jun-09 | $ 732,012.71 | | $ 732,013 | 7/1/2009 | 0.000246575 | 106 | $ 19,133 |
| Jul-09 | $ 756,862.72 | | $ 756,863 | 8/1/2009 | 0.000246575 | 75 | $ 13,997 |
| Aug-09 | $ 757,247.03 | | $ 757,247 | 9/1/2009 | 0.000246575 | 44 | $ 8,216 |
| Sep-09 | $ 219,890.98 | | $ 219,891 | 10/1/2009 | 0.000246575 | 14 | $ 759 |
| Balances as of 10/15/09 | | | $ 32,271,406 | | | | $ 2,318,208 |
| Less: Advance Received on 10/15/09 | | | $ (5,000,000) | | | | |
| | | | | | | # of Days through 9/24/10 | |
| Balance | | | $ 27,271,406 | 10/15/2009 | 0.000246575 | 344 | $ 2,313,213 |
| Less: Payment Received on 9/24/10 | | | $ (2,500,000) | | | | |
| | | | | | | # of Days through 2/5/2013 | |
| Balance | | | $ 24,771,406 | 9/24/2010 | 0.000246575 | 865 | $ 5,283,436 |
| **Principal Balance** | | | **$ 24,771,406** | | | **Total Interest Accrued** | **$ 9,914,856** |

# EXHIBIT C

| Unreimbursed Admin. Expenses (Sept. 09- Aug. 2010) | | | Simple Interest | 9.0% | | |
|---|---|---|---|---|---|---|
| | Total Fee | Offsetting Payment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
| Aug-10 | $ 5,309,331.00 | | $ 5,309,331 | 9/1/2010 | 0.000247 | 888 | $ 1,162,525 |

| Principal Balance | $ 5,309,331 | Total Accrued Interest | $ 1,162,525 |
|---|---|---|---|

# EXHIBIT D

**Unreimbursed Admin. Expenses (Sept. 10 - Nov. 2010)** | **Simple Interest** | **9.0%**

| | Total Fee | Offsetting Payment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
|---|---|---|---|---|---|---|---|
| Sep-10 | $ 538,905 | | $ 538,905 | 10/1/2010 | 0.000247 | 858 | $ 114,012 |
| Oct-10 | $ 480,486 | | $ 480,486 | 11/1/2010 | 0.000247 | 827 | $ 97,980 |
| Nov-10 | $ 363,626 | | $ 363,626 | 12/1/2010 | 0.000247 | 797 | $ 71,460 |

| Principal Balance | $ 1,383,017 | | Total Interest Accrued | $ 283,451 |
|---|---|---|---|---|

# EXHIBIT E

**Crederian & KPMG Court Orders**

Simple Interest: 9.0%

| | Total Fee | Offsetting Payment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
|---|---|---|---|---|---|---|---|
| Jan-11 | $ 118,063 | | $ 118,063 | 2/1/2011 | 0.000247 | 735 | $ 21,397 |
| Jan-11 | $ 383,368 | $ (43,000) | $ 340,368 | 2/1/2011 | 0.000247 | 735 | $ 61,686 |
| Feb-11 | $ 251,415 | | $ 251,415 | 3/1/2011 | 0.000247 | 707 | $ 43,829 |
| Feb-11 | $ 160,069 | | $ 160,069 | 3/1/2011 | 0.000247 | 707 | $ 27,905 |

Principal Balance $ 869,914          Total Interest Accrued $ 126,911

# EXHIBIT F

| Trustee Compensation | | | | | Simple Interest | 9.0% | | |
|---|---|---|---|---|---|---|---|---|
| | Total Fee | Offsetting Payment | Allocable Amount | Reserve Fund Allocation Adjustment | Net Amount | Accrual Date | Daily interest Factor | # of Days through 2/5/13 | Simple Interest |
| Jan-09 | $ 503,750 | $ (211,944) | $ 291,806 | $ (43,771) | $ 248,035 | 2/1/2009 | 0.000247 | 1,465 | $ 89,598 |
| Mar-09 | $ 264,750 | | $ 264,750 | $ (39,713) | $ 225,038 | 4/1/2009 | 0.000247 | 1,406 | $ 78,017 |
| Jun-09 | $ 225,000 | | $ 225,000 | $ (33,750) | $ 191,250 | 7/1/2009 | 0.000247 | 1,315 | $ 62,012 |
| Oct-09 | $ 225,000 | | $ 225,000 | $ (33,750) | $ 191,250 | 11/1/2009 | 0.000247 | 1,192 | $ 56,212 |

| Total Tru | $ 1,218,500 | $ (211,944) | $ 1,006,556 | Principal Balance | $ 855,572 | Total Interest Accrued | $ 229,628 |