# Exhibit 1

Case 1:09-cv-04346-PGG   Document 631-1   Filed 02/13/13   Page 1 of 2

# APPENDIX

## COMPARISON OF DEFENDANTS' REQUESTED AMOUNTS FROM THE FUND AND THE INDEPENDENT TRUSTEES' POSITIONS

| Category of Expense: | Defendants' Request | Trustees' Position |
|---|---|---|
| Management and Rule 12b-1 Fees (Sept. 2008-Sept. 2009) | $24,771,406 | - $0.00 for additional management and Rule 12b-1 fees;<br>- $8,354,132 for unreimbursed expenses;<br>- $1,483,700 for extraordinary expenses RMCI paid to third-parties; and<br>- $146,260 in extraordinary legal expenses (Sept. 2008-Aug. 2010).<br>Total = $9,984,092 |
| Unreimbursed Expenses Administering Fund (Sept. 2009-Aug. 2010) | $5,309,331 (50% of KPMG) | Included in the above figure. |
| Unreimbursed Expenses Administering Fund (Sept. 2010-Nov. 2010) | $1,383,017 | $1,064,421 |
| Crederian and KPMG Court Orders | $869,914 | $37,500 for KPMG assistance.<br>(We have already paid $43,000 to RMCI for Crederian assistance.) |
| Independent Trustee Compensation | $855,573 | Subject to verification at RMCI's expense. |
| Indemnifiable Legal Fees and Expenses | $20,683,829 | -- 0 -- |
| SUBTOTAL of Fees and Expenses | $54,661,964 | $11,086,013 |
| Prejudgment Interest | $18,152,930 | -- 0 -- |
| TOTAL / Fees and Expenses plus Interest | $72,814,894 | $11,086,013 |

LIBNY/5240411.1