UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
SECURITIES AND EXCHANGE          :
COMMISSION,                      :
                                 :
               Plaintiff,     :   No. 09-cv-4346-PGG
                                 :
               v.             :   **NOTICE OF APPEARANCE**
                                 :
RESERVE MANAGEMENT COMPANY,
INC., et al.,

               Defendants.
--------------------------------------- X

      PLEASE TAKE NOTICE THAT John Dellaportas, Esq. and Marc Shanker, Esq. of the law firm of Morgan, Lewis & Bockius LLP hereby appear on behalf of Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr. and Bruce Bent II in the above-captioned action.

      I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         June 3, 2013

                                    Respectfully submitted,

                                    /s/ Marc J. Shanker
                                       Marc J. Shanker
                                    John Dellaportas
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    101 Park Avenue
                                    New York, NY  10178
                                    Tel:  (212) 309-6000
                                    Fax: (212) 309-6001

DB1/ 74368982.1