UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Securities and Exchange
Commission          Plaintiff,

Case No. 1:09-cv-04346-PGG

-against-

Reserve Management Company,
Inc. et al          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John George Dellaportas**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JD5427          My State Bar Number is 2688976

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Duane Morris LLP
             FIRM ADDRESS: 1540 Broadway, New York, NY 10036
             FIRM TELEPHONE NUMBER: 212-692-1000
             FIRM FAX NUMBER: 212-692-1020

NEW FIRM:    FIRM NAME: Morgan, Lewis & Bockius LLP
             FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
             FIRM TELEPHONE NUMBER: 212-309-6000
             FIRM FAX NUMBER: 212-309-6001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 4, 2013

_____
ATTORNEY'S SIGNATURE