UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Securities and Exchange Commission

                Plaintiff,

     -against-

Reserve Management Company, Inc. et al

                Defendant.
-----------------------------------------------------------

Case No. 1:09-cv-04346-PGG

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Mary Christina Pennisi**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MP0417     My State Bar Number is 449247

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Duane Morris LLP
                  FIRM ADDRESS: 1540 Broadway, New York NY 10036
                  FIRM TELEPHONE NUMBER: 212-692-1000
                  FIRM FAX NUMBER: 212-692-1020

NEW FIRM:    FIRM NAME: Morgan, Lewis & Bockius LLP
                  FIRM ADDRESS: 101 Park Ave, New York, NY 10178
                  FIRM TELEPHONE NUMBER: 212-309-6000
                  FIRM FAX NUMBER: 212-309-6001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 15, 2013

                                                   ATTORNEY'S SIGNATURE