

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
FACSIMILE:  (212) 336-1319

September 5, 2013

VIA EMAIL

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   SEC v. Reserve Management Company, Inc., et al;
No. 09 Civ. 4346 (PGG)

Dear Judge Gardephe:

We represent the Plaintiff, Securities and Exchange Commission, in this action.

We write to report that we have been unable to reach a settlement with Defendants. We therefore respectfully request that the Court resolve the post-trial motions submitted to the Court last winter.

Respectfully submitted,

Nancy A. Brown

cc (via email):

John Dellaportas, Esq.